# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BOB A. BRINSON, | |
| Petitioner, | Case No. 18-cv-05007 |
| v. | Hon. Robert W. Gettleman |
| WALTER NICHOLSON, | Hon. Sheila Finnegan |
| Respondent. | |

## NOTICE OF *UNOPPOSED* MOTION

**PLEASE TAKE NOTICE** that on Tuesday, April 9, 2019 at 9:15 a.m. or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Robert W. Gettleman in courtroom 1703 at the United States Courthouse for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the attached Petitioner's *Unopposed* Motion to Extend Time to File Reply.

Dated: April 3, 2019          Respectfully submitted,

                              BOB A. BRINSON

                              By: *s/ Benjamin I. Friedman*
                                   One of His Attorneys

                              Michael P. Doss
                              Benjamin I. Friedman
                              SIDLEY AUSTIN LLP
                              1 S. Dearborn St.
                              Chicago, IL 60603
                              (312) 853-7000 (phone)
                              mdoss@sidley.com
                              benjamin.friedman@sidley.com

                              Alison R. Leff
                              LOEVY & LOEVY
                              311 N. Aberdeen, 3rd Floor
                              Chicago, IL 60607

(312) 243-5900 (phone)
alison@loevy.com

Case: 1:18-cv-05007 Document #: 33 Filed: 04/03/19 Page 2 of 3 PageID #:2358

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on April 3, 2019, the foregoing document was electronically filed, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Benjamin I. Friedman*